Case 2:05-cr-01047-JAT  Document 25  Filed 06/08/07  Page 1 of 2

FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 0 8 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-05-1047-1-PHX-JAT |
| Plaintiff, | |
| vs. | |
| Enrique Najera-Martinez, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on June 1, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 7th day of June, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge